UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>$307,000 IN UNITED STATES )<br>CURRENCY SEIZED ON )<br>SEPTEMBER 27, 2017, FROM VYRACK )<br>SOK CHHEM, ON INTERSTATE 93 )<br>NORTH, SOUTH OF EXIT 37, )<br>IN WOBURN, MASSACHUSETTS, )<br>          Defendant. ) | Civil No. 18-cv-10373 |

### **WARRANT AND MONITION**

To:   The United States Marshal for the District of Massachusetts, or his Deputies

<u>You Are Hereby Commanded</u> to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, described as:

   a.   $307,000 in United States currency seized on September 27, 2017, from Vyrack Sok Chhem, on Interstate 93 North, south of Exit 37, in Woburn, Massachusetts (the "Defendant Property").

This Court has found probable cause for forfeiture of the Defendant Property.

Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

   (1)   Publishing notice of the United States' intent to forfeit the Defendant Properties via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

   (2)   Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Vyrack Sok Chhem<br>349 Walker Street<br>Lowell, MA 01851 | Vyrack Sok Chhem<br>34 Daisy Lane<br>Fall River, MA 02721 |

Vyrack Sok Chhem
36 Burlington Avenue
Lowell, MA 01851

Sophan Chan
76 Bellvue Street
Lowell, MA 01851

Sophan Chan
46 Franklin Street, Apt. D
Lowell, MA 01854

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Property, or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY DAVID G. LAZARUS, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY DAVID G. LAZARUS, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE

UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION: ASSET FORFEITURE GROUP.

Robert M. Farrell, Clerk
U.S. District Court

By: _____
Deputy Clerk

Date: 2/28/18, 2018

APPROVED AND SO ORDERED:

_____
United States District Judge

3