UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br>Plaintiff | )<br>)<br>) |
| v. | ) Civil No. 1:18-cv-10373 |
| $307,000 IN UNITED STATES<br>CURRENCY SEIZED ON<br>SEPTEMBER 27, 2017, FROM<br>VYRACK SOK CHHEM, ON<br>INTERSTATE 93 NORTH, SOUTH<br>OF EXIT 37, IN WOBURN,<br>MASSACHUSETTS<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant, Vyrack Sok Chhem (hereinafter referred to as "Sok Chhem" or "Defendant") by and through his undersigned counsel, Demetrios G. Kafkas, respectfully submits the following Answer and Affirmative Defenses to Plaintiff's Complaint.

## ANSWER

Paragraph 1.   Plaintiff references text that speaks for itself and no response is required.

Paragraph 2.
   a. Admitted to the extent that some type of property was unlawfully seized from the vehicle operated by the defendant on September 27, 2017. Defendent denies the rest and remainder of Paragraph 2.a.

Paragraph 3.   The Defendant denies the allegations in Paragraph 3.

Wherefore having answered the Plaintiff's Complaint, Sok Chhem raises the following defenses, included Affirmative Defenses.

## Defenses and Affirmative Defenses

First Defense: The Defendant reserves the right to add additional defenses, including Affirmative Defenses, as discovery proceeds in this case.

Second Defense: A search warrant should have been procured before Defendant's car was

searched.

Third Defense: The Plaintiff's claims are barred, in whole or in part, because the Plaintiff has not sustained any loss, damage, harm or detriment.

Fourth Defense: Plaintiff has not alleged sufficient factual and/or legal bases for their requests for costs and all other relief to which the United States claims to be entitled.

## PRAYER FOR RELIEF

WHEREFORE, Sok Chhem prays for relief and judgment as follows:

1. The the Court deny Plaintiff's request in its entirety and that a Warrant and Monition be denied to the United States Marshals Service for the District of Massachusetts disallowing it to retain custody of the currency in the amount of $307,000.00.

2. The judgment of forfeiture should not be decreed against the Currency.

3. The Currency in the amount of $307,000.00 should be returned to Sok Chhem.

4. That the Court award the Defendant all costs and expenses incurred in this action, including attorney's fees plus interest; and,

5. That the Court award the Defendant such other and further relief that it deems appropriate.

May 9, 2018

Respectfully Submitted,

Demetrios Kafkas
Attorney for the Defendant
BBO # 565566 (MA)
The Charlestown Navy Yard
C1 Shipway Place
Charlestown, MA 02129
781-604-3777
Kafkaslink@yahoo.com
mobile: 603-3205658

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon the counsel of record, Andrew E. Lelling, Assistant United States Attorney, United States Attorneys' Office, by means of the Court's electronic filing service on this 11th day of April, 2018.

Demetrios Kafkas
Kafkas Law Offices
The Charlestown Navy Yard
C1 Shipyard Place
Charlestown, MA 02129
781-604-3777