UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> $307,000 IN UNITED STATES ) <br> CURRENCY SEIZED ON ) <br> SEPTEMBER 27, 2017, FROM VYRACK ) <br> SOK CHHEM, ON INTERSTATE 93 ) <br> NORTH, SOUTH OF EXIT 37, ) <br> IN WOBURN, MASSACHUSETTS, ) <br> Defendant. ) | Civil No. 18-10373-IT |

**TALWANI, D.J.**

### **FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court, having allowed plaintiff's Request for Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1.  That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2.  That the defendant properties, described as:

    a. $307,000 in United States currency seized on September 27, 2017, from Vyrack Sok Chhem, on Interstate 93 North, south of Exit 37, in Woburn, Massachusetts (the " Defendant Currency"),

is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6);

3.  That any claims of interest of Vyrack Sok Chhem, and any other parties claiming any right, title, or interest in or to the Defendant Currency, are hereby held in default and dismissed, having been defaulted on May 4, 2018;

4.  That the United States Drug Enforcement Administration shall retain the Defendant Currency in its secure custody and control, and shall dispose of them in accordance with United

States Department of Justice and United States Drug Enforcement Administration policies regarding the disposition of forfeited property; and

5.     That this Court shall retain jurisdiction in this case and this Order shall be, and hereby is, the full and final disposition of the above-described Defendant Currency in this civil forfeiture action.

APPROVED AND SO ORDERED:

/s/ Indira Talwani
INDIRA TALWANI
United States District Judge

Dated: 6/6/2018